UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
DONNIE E. FELTON
vs.
Defendant
BRISTOL-MYERS SQUIBB COMPANY, ET AL.,

Case No.: 07 CV 4686
Hearing Date:
Attorney of Record:

### AFFIDAVIT OF SERVICE

Received this on **Bristol Myers Squibb Company**
I, ROBBIE L. LAWSON, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Jun 21 2007 4:10PM, I executed service of SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL on BRISTOL-MYERS SQUIBB COMPANY at CT CORPORATION, 111 8TH Avenue 13TH FLOOR, NEW YORK, New York County, NY 10011

By Personal Service to: NORA DINDYAL, REGISTERED AGENT, A Middle Eastern female approx. 35-40 years of age 5'4"-5'6" in height weighing 120-140 lbs with black hair and glasses

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____  Execute on Jun 22, 2007
ROBBIE L. LAWSON, Reg. # 601689, NEW YORK, NY

State of New York County of ___N Y___   June 26
Subscribed and sworn to before me, a notary public on Jun 22, 2007

_____
Notary Public
ID: 8208119
Client Reference: 15265068

PFI Order No. 8208119

JONATHAN D. CIFUENTES
Notary Public, State of New York
Qualified in Queens County
Reg. No. 01CI6149964
My Commission Expires 7-17-2010