UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
DONNIE E. FELTON
vs.
Defendant
BRISTOL-MYERS SQUIBB COMPANY, ET AL.;

Case No.: 07 CV 4686
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on _____
I, FRANCES E DIXON, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Jun 21 2007 2:50PM, I executed service of SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL on SCHERING CORPORATION at 1200 S PINE ISLAND Road, PLANTATION, Broward County, FL 33324

By Personal Service to: Donna Moch, REGISTERED AGENT Section Head for CT Corporation Syste

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____ Execute on Jun 23, 2007
FRANCES E DIXON, Reg. # 620, BROWARD, FL

State of Florida County of _____
Subscribed and sworn to before me, a notary public on Jun 23, 2007

_____
Notary Public
ID: 8208118
Client Reference: 15265008

NOTARY PUBLIC-STATE OF FLORIDA
Jason Jon Jones
Commission # DD596383
Expires: SEP. 18, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

PFI Order No. 8208118