IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

DONNIE E. FELTON,

                      Plaintiff,

-against-

BRISTOL-MYERS SQUIBB COMPANY, and
SCHERING CORPORATION,

                      Defendants.

-----------------------------------------------------------------X

Index No.:
07 CV 4686

**CERTIFICATE OF IDENTIFICATION PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned, as counsel of record for defendant, **BRISTOL-MYERS SQUIBB COMPANY**, certifies that it does not have a parent corporation and no publicly held company owns ten percent or more of its stock.

Dated: New York, New York
        July 11, 2007

                      Respectfully Submitted,

                      SEDGWICK, DETERT, MORAN, & ARNOLD LLP

                      By: _____
                      MATTHEW J. McCAULEY (MM-9610)
                      *Attorneys for Defendants*
                      *BRISTOL-MYERS SQUIBB COMPANY and*
                      *SCHERING CORPORATION*
                      125 Broad Street, 39th Floor
                      New York, New York 10004-2400
                      Telephone: (212) 422-0202
                      Facsimile: (212) 422-0925
                      [SDMA File No. 0196-005943]

To:   David S. Nalven, Esq. (DN-2374)
       HAGENS BERMAN SOBOL SHAPIRO LLP
       One Main Street, 4th Floor
       Cambridge, MA 02142

-2-

Telephone: (617) 482-3700
Facsimile: (617) 482-3003
Robert B. Cary, Esq. (Pro Hac Vice)
Donald Andrew St. John, Esq. (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona 85016
Telephone (602) 840-5900
Facsimile (602) 840-3012

CERTIFICATE OF SERVICE

I, Matthew J. McCauley, hereby certify and affirm that a true and correct copy of the attached **CERTIFICATE OF IDENTIFICATION PURSUANT TO RULE 7.1** was served via regular mail on July 11, 2007, upon:

David S. Nalven, Esq. (DN-2374)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003

Robert B. Cary, Esq. (Pro Hac Vice)
Donald Andrew St. John, Esq. (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona  85016
Telephone (602) 840-5900
Facimile   (602) 840-3012

MATTHEW J. McCAULEY (MM-9610)