**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

DONNIE E. FELTON,

|                              |                              |
|------------------------------|------------------------------|
|                              | Index No.:                   |
| Plaintiff,                   | 07 CV 4686                   |
|                              |                              |
| -against-                    | **CERTIFICATE OF**           |
|                              | **IDENTIFICATION**           |
| BRISTOL-MYERS SQUIBB COMPANY, and | <u>**PURSUANT TO RULE 7.1**</u> |
| SCHERING CORPORATION,        |                              |
|                              |                              |
| Defendants.                  |                              |

-----------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and

magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned, as

counsel of record for defendant, **SCHERING CORPORATION**, certifies that it does not have a

parent corporation and no publicly held company owns ten percent or more of its stock.

Dated: New York, New York
      July 11, 2007

                    Respectfully Submitted,

                    SEDGWICK, DETERT, MORAN, & ARNOLD LLP

                    By: _____
                    MATTHEW J. McCAULEY (MM-9610)
                    *Attorneys for Defendants*
                    *BRISTOL-MYERS SQUIBB COMPANY and*
                    *SCHERING CORPORATION*
                    125 Broad Street, 39th Floor
                    New York, New York 10004-2400
                    Telephone: (212) 422-0202
                    Facsimile:  (212) 422-0925
                    **[SDMA File No. 0196-005943]**

To:    David S. Nalven, Esq. (DN-2374)
        HAGENS BERMAN SOBOL SHAPIRO LLP
        One Main Street, 4th Floor
        Cambridge, MA  02142
        Telephone:  (617) 482-3700
        Facsimile:   (617) 482-3003

NY/504525v1

-2-

Robert B. Cary, Esq. (Pro Hac Vice)
Donald Andrew St. John, Esq. (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona  85016
Telephone (602) 840-5900
Facsimile   (602) 840-3012

NY/504525v1

## CERTIFICATE OF SERVICE

I, Matthew J. McCauley, hereby certify and affirm that a true and correct copy of

the attached **CERTIFICATE OF IDENTIFICATION PURSUANT TO RULE 7.1** was

served via regular mail on July 11, 2007, upon:

David S. Nalven, Esq. (DN-2374)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003

Robert B. Cary, Esq. (Pro Hac Vice)
Donald Andrew St. John, Esq. (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona  85016
Telephone (602) 840-5900
Facimile   (602) 840-3012

MATTHEW J. McCAULEY (MM-9610)

-3-

NY/504525v1