AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

DONNIE E. FELTON,

              Plaintiff,

  -against-

BRISTOL MYERS SQUIBB COMPANY,
SCHERING CORPORATION,

              Defendants.

**APPEARANCE**

Case Number: 07-4686

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for

      BRISTOL MYERS SQUIBB COMPANY
      SCHERING CORPORATION

      I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 23, 2007 | |
| Date | Signature |
| | David M. Covey       DC3729 |
| | Print Name       Bar Number |
| | 125 Broad St., 39th Fl. |
| | Address |
| | New York    NY    10004 |
| | City    State    Zip Code |
| | (212) 422-0202    (212) 422-0925 |
| | Phone Number    Fax Number |

David.Covey@SDMA.Com