## CERTIFICATE OF SERVICE

I, David M. Covey, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via 1st Class Mail on this 23rd day of July, 2007, upon the following:

>David S. Nalven
>Hagens Berman Sobol Shapiro LLP
>One Main Street, 4th Floor
>Cambridge, MA 02142
>(617) 482-3700
>*Attorney for Plaintiff*
>
>_____
>David M. Covey (DC-3729)

Dated:   New York, New York
         July 23, 2007