AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

DONNIE E. FELTON,

      Plaintiff,

-against-

BRISTOL MYERS SQUIBB COMPANY,
SCHERING CORPORATION,

      Defendants.

**APPEARANCE**

Case Number: 07-4686

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BRISTOL MYERS SQUIBB COMPANY
SCHERING CORPORATION

I certify that I am admitted to practice in this court.

Date: 7/23/07

Signature: [signed]

Print Name: Barry Gerstman

Bar Number: BLG-3691

Address: 125 Broad St., 39th Fl.

City: New York    State: NY    Zip Code: 10004

Phone Number: (212) 422-0202    Fax Number: (212) 422-0925

Barry.Gerstman@SDMA.Com