-1-

## CERTIFICATE OF SERVICE

I, BARRY L. GERSTMAN, hereby certify that a true and correct copy of the attached **APPEARANCE** was served via U.S. Mail on July 24, 2007, upon:

David S. Nalven, Esq.
Kimberly Dougherty, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Robert B. Cary (Pro Hac Vice)
Donald Andrew St. John (Pro Hac Vice)
Hagens Berman Sobol Shapiro LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona  85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012

_____
BARRY L. GERSTMAN (BLG-3691)

NY/505321v1