

**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF NEW YORK**

DONALD E. FELTON

   Plaintiff,

-against-

BRISTOL-MYERS SQUIBB, et al.

   Defendant.

07-cv-4686



## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, David S. Nalven a member in good standing of the bar of this court, hereby move for an Order allowing the admission pro hac vice of:

  KIMBERLY A. DOUGHERTY
  Hagens Berman Sobol Shapiro LLP
  One Main Street, 4th Floor
  Cambridge, MA 02142
  T: (617) 482-3700
  F: (617) 482-3003

Kimberly A. Dougherty is a member in good standing of the Bar of the Commonwealth of Massachusetts.

There are no pending disciplinary proceedings against Kimberly A. Dougherty in any State or Federal Court.

Dated: *July 19, 2007*

            Respectfully submitted,

            _____
            David S. Nalven
            SDNY Bar: DN-2374
            Hagens Berman Sobol Shapiro LLP
            1 Main St., 4th Floor
            Cambridge, MA 02142
            Telephone: (617) 482-3700
            Facsimile: (617) 482-3003

001917-39 164793 V 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD E. FELTON
        Plaintiff,   07-cv-4686

-against-

BRISTOL-MYERS SQUIBB, et al.

        Defendant.

### AFFIDAVIT OF DAVID S. NALVEN IN SUPPORT OF MOTION
### TO ADMIT COUNSEL PRO HAC VICE

David S. Nalven, being duly sworn hereby deposes and says as follows:

1. I am a Partner of Hagens Berman Sobol Shapiro LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Kimberly A. Dougherty as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice in March, 1989. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kimberly A. Dougherty since 2007.

4. Ms. Dougherty is an Associate of Hagens Berman Sobol Shapiro LLP, in Cambridge, Massachusetts

5. I have found Ms. Dougherty to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Kimberly A. Dougherty, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Kimberly A. Dougherty, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Kimberly A. Dougherty, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: *July 19, 2007*
City/State: *Cambridge, MA*
Notarized

JESSICA R. OLVER
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
November 22, 2013

Respectfully submitted,

_____
David S. Nalven
SDNY Bar: DN-2374

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice for Kimberly A. Dougherty and Affidavit of David S. Nalven in Support of Motion for Pro Hac Vice for Kimberly A. Dougherty were served on all parties via the CM/ECF System.

Dated: *July 19, 2007*

_____
David S. Nalven

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **ninth** day of **December** A.D. **2003**, said Court being the highest Court of Record in said Commonwealth:

### Kimberly A. Dougherty

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirteenth** day of **July** in the year of our Lord **two thousand and seven.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

DONALD E. FELTON

        Plaintiff,

-against-

BRISTOL-MYERS SQUIBB, et al.

        Defendant.

07-cv-4686

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of David S. Nalven attorney for Donald E. Felton and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>KIMBERLY A. DOUGHERTY
>Hagens Berman Sobol Shapiro LLP
>One Main Street, 4th Floor
>Cambridge, MA 02142
>T: (617) 482-3700
>F: (617) 482-3003

is admitted to practice pro hac vice as counsel for Donald E. Felton in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                _____
                                                United States District/Magistrate Judge