UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

| | |
|---|---|
| DONNIE E. FELTON,<br>          Plaintiff,<br>vs.<br>BRISTOL-MYERS SQUIBB COMPANY and SCHERING CORPORATION,<br>          Defendants. | C.A. No. 07-4686 (HB)<br><br>**NOTICE OF SERVICE**<br><br>(Assigned to the Honorable Harold Baer, Jr.) |

    Plaintiff Donnie E. Felton, by and through his attorneys, hereby notifies the Court that on this date he served his Initial Disclosure Statement by mailing the original to counsel for Bristol-Myers Squibb Company and Schering Corporation.

    RESPECTFULLY SUBMITTED this 5th day of October, 2007.

**HAGENS BERMAN SOBOL SHAPIRO, LLP**


s/Donald Andrew St. John
Robert B. Carey
Donald Andrew St. John
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012

David S. Nalven, DN-2374
Kimberly A. Dougherty, DN-58014
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**CERTIFICATION OF SERVICE**

I hereby certify that on October 5, 2007, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

**David Covey**
david.covey@sdma.com

**Matthew McCauley**
matthew.mccauley@sdma.com

I hereby certify that I transmitted via United Parcel Service Next Day Air the Notice of Service of Plaintiff's Rule 26 Initial Disclosure Statement to the following:

**Barry Gerstman**
Sedwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400

              s/Donald Andrew St. John