1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

3

4

5

6

7

8

9

DONNIE E. FELTON,

                              Plaintiff,

    vs.

BRISTOL-MYERS SQUIBB COMPANY,

                              Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 07-4686 (HB)

**NOTICE OF SERVICE**

(Assigned to the Honorable Harold Baer, Jr.)

10

11

12

    Plaintiff Donnie E. Felton, by and through his attorneys, hereby notifies the Court that on

February 20, 2008, he served, by mailing the originals to counsel for Bristol-Myers Squibb

Company, Responses to Defendants' Discovery Demands as follows:

13

14

    1.    NOTICE FOR DISCOVERY & INSPECTION OF DOCUMENTS WHICH WILL BE USED TO ESTABLISH ECONOMIC LOSS, ETC.;

15

    2.    DEMAND FOR LIEN INFORMATION;

16

    3.    NOTICE FOR PRODUCTION OF MOVIES;

17

    4.    DEMAND FOR COLLATERAL SOURCE INFORMATION;

18

    5.    DEMAND FOR STATEMENTS;

19

20

    6.    NOTICE FOR DISCOVERY & INSPECTION OF X-RAYS AND OTHER DIAGNOSTIC FILMS;

21

    7.    DEMAND FOR EXPERT WITNESS DISCLOSURE;

22

    8.    NOTICE FOR DISCOVERY & INSPECTION;

23

    9.    DEMAND FOR INCOME TAX RETURNS;

24

    10.    DEMAND FOR EMPLOYMENT AND EDUCATIONAL INFORMATION;

25

    11.    DEMAND FOR NAMES AND ADDRESSES OF WITNESSES;

26

    12.    DEMAND FOR MEDICAL INFORMATION AND AUTHORIZATIONS;

1        13.    NOTICE OF DISCOVERY & INSPECTION.

2

3        RESPECTFULLY SUBMITTED February 20, 2008.

4                                              **HAGENS BERMAN SOBOL SHAPIRO LLP**

5                                              s/Donald Andrew St. John
                                               Robert B. Carey
6                                              Donald Andrew St. John
                                               HAGENS BERMAN SOBOL SHAPIRO LLP
7                                              2425 E. Camelback Road, Suite 650
                                               Phoenix, Arizona 85016
8                                              Telephone: (602) 840-5900
                                               Facsimile: (602) 840-3012
9

10                                             David S. Nalven, DN-2374
                                               Kimberly A. Dougherty, DN-58014
11                                             HAGENS BERMAN SOBOL SHAPIRO LLP
                                               One Main Street, 4th Floor
12                                             Cambridge, MA 02142
                                               Telephone: (617) 482-3700
13                                             Facsimile: (617) 482-3003

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**CERTIFICATION OF SERVICE**

2

       I hereby certify that on February 20, 2008, I electronically transmitted the attached document
to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing

3

to the following CM/ECF registrants:

4

**David Covey**
david.covey@sdma.com

5

6

**Matthew McCauley**
matthew.mccauley@sdma.com

7

8

**Barry Gerstman**
barry.gerstman@sdma.com

9

10

    \_\_\_\_s/Georgia O'Neill_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26